IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR SPORVEN, On behalf of herself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SAFE HAVEN SECURITY SERVICES, INC.,<br><br>Defendant. | **8:20CV3032**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by Henry J. Thomas, as counsel of record for Defendant, (Filing No. 21), is granted. Henry J. Thomas shall no longer receive electronic notice in this case.

Dated this 16th day of September, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge