IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR SPORVEN, On behalf of herself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SAFE HAVEN SECURITY SERVICES, INC.,<br><br>Defendant. | **8:20CV3032**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The parties shall promptly exchange the written discovery necessary to have informed settlement discussions, the goal being to engage in those discussions no later than mid-May.

2) Deposition discovery is stayed pending further order of the court.

3) A hearing will be held by telephone on June 15, 2021 at 1:00 p.m. to discuss further case progression, including the permissible number of depositions. The parties shall use the conferencing information assigned to this case to participate in the hearing. This conference call will be cancelled upon advance notice that the case is settled.

February 17, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge