IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR SPORVEN, On behalf of herself and those similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>SAFE HAVEN SECURITY SERVICES, INC.,<br><br>Defendant. | 8:20CV3032<br><br>**JUDGMENT** |

In accordance with the Memorandum and Order dated July 27, 2021 (Filing No. 44),

IT IS ORDERED:

1. Judgment is entered in favor of the plaintiff class as set forth in the Settlement Agreement (Filing No. 43).

2. Judgment is entered in favor of named plaintiff Taylor Sporven and against the defendant in the amount of $7,500.

Dated this 23rd day of August, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge