IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAYLOR SPORVEN, On behalf of herself and those similarly situated;<br><br>      Plaintiff,<br><br>v.<br><br>SAFE HAVEN SECURITY SERVICES, INC.,<br><br>      Defendant. | Case No.: 8:20-cv-03032<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on its own motion. The Court earlier certified a settlement class and approved the parties' settlement agreement, Filing No. 44. The Court has been informed that the defendant has satisfied its obligations under the agreement, Filing No. 43-1. The parties agree that the money judgment in favor of named plaintiff Taylor Sporven for her service as class representative has been satisfied and should be vacated and withdrawn. The parties further agree that this action should be dismissed with prejudice pursuant to the terms of the settlement agreement. Accordingly,

IT IS ORDERED that:

1. The judgment (Filing No. 45) is vacated and withdrawn.

2. This action is dismissed with prejudice, the parties to bear their own costs.

Dated this 30th day of September 2021.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge

79600583.1